STATE OF NEW JERSEY v. STEPHEN ROSE.

May 6, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted.

STATE OF NEW JERSEY v. FRANK LEONARDIS.

May 6, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted.

· EDMOND J. DWYER v. FRED JUNG, JR.

June 12, 1975. Motion for leave to appeal is granted, and the matter is remanded to Superior Court, Appellate Division for a hearing on the merits. (See 133 *N. J. Super.* 343)